**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Travis Trumane BARLOW,
Defendant–Appellant.**

No. 14–31150
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 2015.

Helina S. Dayries, Assistant U.S. Attorney, Shubhra Shivpuri, Esq., Assistant U.S. Attorney U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Richard Mark Upton, Federal Public Defender's Office, Baton Rouge, LA, Travis Trumane Barlow, Donaldsonville, LA, pro se.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Travis Trumane Barlow has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Barlow has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Barlow's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.